835 F.2d 873
 Barclay Properties, Inc., Locke (James D.), Pleasants
(Graydon O.), Shaffner (William F., III)
v.
FSI Financial Group of Va., Inc., Farnan (Jeanne A.),
Thoroughbreds of Va., Inc., Jennings (Linda), Holliday
(Carolyn), First Federal Sav. & Laon Assoc. of Wash., Brooks
(Douglas), Hartewell (Dewitt), Palmer (Yolando), Piedmont
Fed. Sav. & Loan Assoc., Owens (Stanley), Beane (Thomas),
Gemza (Marion), Ralph D. Kaiser Co., Inc., Farnan (Christian)
 NO. 85-1276
 United States Court of Appeals,
Fourth Circuit.
 NOV 03, 1987
 
 1
 Appeal From: E.D.Va.
 
 
 2
 REVERSED.